UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**
        Plaintiff

v.                                  Case Number 2:09cr196-006
                                   USM Number 10596-027

**GEORGE TEDESCHI**
        Defendant

                                   STEPHEN E SCHEELE
                                   Defendant's Attorney

_____

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count) 13 of the Indictment on 4/5/2011.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number |
|---|---|---|
| 21:843(b) AND 18:2 Knowingly and intentionally using and causing to be used a communication facility, namely a telephone, to facilitate the commission of a felony in violation of Title 21, United States Code Section 846, namely conspiracy to possess with intent to distribute cocaine; in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2. | August 8, 2009 | 13 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 15,16,17, 22 and 23 of the Indictment are dismissed on the motion of the United States .

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

                                   June 23, 2011
                                   Date of Imposition of Judgment

                                   s/ Joseph S. Van Bokkelen
                                   Signature of Judge

                                   Joseph S. Van Bokkelen, United States District Judge
                                   Name and Title of Judge

                                   June 30, 2011
                                   Date

Defendant: GEORGE TEDESCHI                                                                                                        Page 2 of 6
Case Number: 2:09cr196-006

## PROBATION

The defendant is hereby sentenced to probation for a term of **2 Years**.

While on probation, the defendant shall not commit another federal, state, or local crime, shall comply with the 15 standard conditions that have been adopted by this Court.  You must also comply with the following additional conditions:

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of the judgement issued in this case.

The defendant shall not commit another federal state or local crime.

The defendant shall submit to one drug test within 15 days of placement on probation and two (2) periodic drug tests thereafter, as determined by the Court.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Defendant: GEORGE TEDESCHI                                                                                          Page 3 of 6
Case Number: 2:09cr196-006

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the Court or probation officer.
2. The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support her dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer within ten (10) days of any change in residence or employment.
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

Defendant: GEORGE TEDESCHI  Page 4 of 6
Case Number: 2:09cr196-006

## SPECIAL CONDITIONS OF PROBATION

The defendant shall participate in the Location Monitoring Program on home detention for a period of eight (8) months, to commence within 30 days of this Judgement Order. The type of electronic monitoring equipment and technology to be used shall be determined by the probation office, pursuant to Monograph 113 (Part F. Location Monitoring). The defendant shall abide by all technology requirements and program restrictions, and pay all or part of the costs for participation in the program not to exceed the sliding scale as established by the Department of Health and Human Services and adopted by this Court.

The defendant shall participate in a drug aftercare treatment program under a co-payment plan, which may include testing for the detection of drugs of abuse at the direction and discretion of the probation officer. The defendant shall participate in a co-payment program to offset the cost of treatment. The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale For Monthly Co-Payment.

While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7.

It is further ordered that based upon a first conviction for distribution of a controlled substance, the defendant is declared ineligible for all Federal benefits for 5 years.

Defendant: GEORGE TEDESCHI                                                                                           Page 5 of 6
Case Number: 2:09cr196-006

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100 | NONE | NONE |

### FINE

No fine imposed.

Based on a thorough review of the defendant's financial profile as detailed in the presentence report, the Court finds that the defendant does not have the funds or the financial resources to pay a fine required by §5E1.2 of the guidelines manual without impairing his ability to support himself, therefore, no fine is recommended.

### RESTITUTION

No restitution was ordered.

Defendant: GEORGE TEDESCHI                                                                                           Page 6 of 6
Case Number: 2:09cr196-006

Name:     GEORGE TEDESCHI

Docket No.:     2:09cr196-006

ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

    Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

    I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)
_____        _____
Defendant                                                                                    Date


_____        _____
U.S. Probation Officer/Designated Witness                                Date